AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of __NEVADA__

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:17-cr-00057-JCM-CWH |
| | ) | |
| CHRISTOPHER JOHNSON | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3D   3:00 pm |
|---|---|---|---|
| | | Date and Time: | 03/09/2017 at ~~03:30~~ p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   March 8, 2017

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge
*Printed name and title*

___ FILED    ___ RECEIVED
___ ENTERED  ___ SERVED ON
       COUNSEL/PARTIES OF RECORD

MAR - 8 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY