RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Christopher Johnson

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER JOHNSON,<br><br>　　　　Defendant. | Case No. 2:17-cr-00057-JCM-CWH-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Christopher Johnson, that the Revocation Hearing currently scheduled on October 21, 2022 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel needs additional time to prepare with Mr. Johnson for the upcoming revocation hearing.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 17th day of October 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Katherine A. Tanaka<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By /s/ Melanee Smith<br>MELANEE SMITH<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER JOHNSON,<br><br>    Defendant. | Case No. 2:17-cr-00057-JCM-CWH-1<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 21, 2022 at 10:30 a.m., be vacated and continued to **December 9, 2022, at 11:00 a.m.**

    DATED October 18, 2022.

_____
UNITED STATES DISTRICT JUDGE